1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  CENTRAL DISTRICT OF CALIFORNIA

8                          WESTERN DIVISION

9

10   PETER D. ARAGON III,                )   No. 08-00443 FFM
                                         )
11                  Plaintiff,           )   JUDGMENT
                                         )
12        v.                             )   (Social Security Case)
                                         )
13   MICHAEL J. ASTRUE,                   )
     Commissioner of Social Security,    )
14                                        )
                   Defendant.            )
15   ——————————————————————————          )

16        In accordance with the Memorandum Decision and Order filed concurrently

17   herewith,

18        IT IS HEREBY ADJUDGED that the decision of the defendant, the

19   Commissioner of the Social Security Administration, is affirmed, and this action is

20   dismissed with prejudice.

21

22   DATED: February 26, 2010

23                                          /S/ FREDERICK F. MUMM
                                           FREDERICK F. MUMM
24                                       United States Magistrate Judge

25

26

27

28